D1F

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 1 1 2016 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
DARWIN NOBOA, SALOMON NOBOA, and JOHN : 14-CV-730 (ARR)(CLP)
ENRIQUE NOBOA, :
: NOT FOR ELECTRONIC
Plaintiffs, : OR PRINT PUBLICATION
:
-against- : ORDER
:
TORON RESTORATION CORP., FERNANDO POUSO, :
and JOSE LUIS MARTINEZ, :
:
Defendants. :
:
-------------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated June 20, 2016 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the case is dismissed without prejudice as to defendant Jose Luis Martinez. Counsel's motion to withdraw as to plaintiff John Noboa is granted.

SO ORDERED.                                   /s/(ARR)
                                              _____
                                              Allyne R. Ross
                                              United States District Judge

Dated: July 11, 2016
       Brooklyn, New York

1