FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 28 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DARWIN NOBOA, SALOMON NOBOA, and JOHN ENRIQUE NOBOA,

      Plaintiffs,

-against-

TORON RESOTRATION CORP., FERNANDO POUSO, and JOSE LUIS MARTINEZ,

      Defendants.
----------------------------------------------------------------X

14-CV-730 (ARR) (VMS)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 29, 2017, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Therefore, I dismiss plaintiff John Enrique Noboa from the case for failure to prosecute. The Clerk is directed to mail a copy of this order to John Enrique Noboa, dismiss plaintiff John Enrique Noboa without prejudice, and close the case.

SO ORDERED.

      /s/(ARR)
      _____
      Allyne R. Ross
      United States District Judge

Dated: April 27, 2017
   Brooklyn, New York